IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| BUFFALO FIELD CAMPAIGN, | CV 19–165–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, | |
| Defendant. | |

Defendant United States having moved unopposed for a two-month extension of the pretrial deadlines in light of settlement discussions,

IT IS ORDERED that the United States' motion (Doc. 5) is GRANTED. The deadlines outlined in the pretrial scheduling order, (Doc. 3), are modified as follows:

| Preliminary Pretrial Statements: | March 6, 2020 |
| *Vaughn* Index: | March 6, 2020 |
| Case Management Plan: | March 24, 2020 |

DATED this 30th day of December, 2019.

Donald W. Molloy, District Judge
United States District Court