IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAR 0 5 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, | CV 19–165–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, | |
| Defendant. | |

This FOIA action was filed on October 10, 2019, (Doc. 1), and the Department of the Interior filed its answer on November 14, 2019, (Doc. 4). The parties received a two-month extension of the pretrial deadlines, (*see* Docs. 3, 5, 6), and have since submitted a Joint Case Management Plan, (Doc. 7).

IT IS ORDERED that the summary judgment briefing schedule proposed in that Plan (Doc. 7) is ADOPTED.

DATED this 5 day of March, 2020.

Donald W. Molloy, District Judge
United States District Court