IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, | CV 19–165–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE, | |
| Defendant. | |

Plaintiff Buffalo Field Campaign moves for the admission of Daniel Snyder to practice before this Court in this case with Tim Bechtold to act as local counsel. Mr. Snyder's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Daniel Snyder *pro hac vice* (Doc. 12) is GRANTED on the condition that Mr. Snyder shall do his own work. This means that Mr. Snyder must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Snyder, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this __6th__ day of April, 2020.

Donald W. Molloy, District Judge
United States District Court