IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>              Defendant. | CV 19-165-M-DWM<br><br>JUDGMENT |

      This action came before the Court for determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED, in accordance with the Court's Opinion and Order filed this date (Doc. 25), that the parties' summary judgment motions are both granted in part and denied in part as follows:

      The Park Service's motion (Doc. 14) is granted as to Count I and as to the full disclosure of the draft EA under Count II. It is denied in all other respects.

      Buffalo Field Campaign's motion (Doc. 20) is DENIED as to Count I and granted as to Count II in that the Park Service is required to disclose AR_0068-69, 0075, 0078-94, 0101-03, 0104-17, 0195-96, 0199-200, 0206-07, and 0208-09 in their entirety. The draft EA is remanded to the Park Service to perform a

segregability analysis. An updated disclosure related to the draft EA shall be provided to the Buffalo Field Campaign within thirty (30) days.

Dated this 7th day of day of July, 2020.



TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk