IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, NATIONAL PARK SERVICE,<br><br>Defendant. | CV 19–165–M–DWM<br><br><br>ORDER |

No appeal having been filed, IT IS ORDERED that the parties' proposed fee schedule (Doc. 27) is ADOPTED.

DATED this 7th day of August, 2020.

Donald W. Molloy, District Judge
United States District Court